United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL CASE: 4:2021-CR-00570-1 |
| | § | |
| PETER MILLER | § | |

## ORDER TO SURRENDER

The defendant, **Peter Miller USMS #79027-509**

having been sentenced to the custody of the Bureau of Prisons, is ORDERED to

surrender on **Tuesday, August 20th, 2024 by 2:00 p.m.** to:

OTISVILLE SATELLITE CAMP
TWO MILE DRIVE
OTISVILLE, NY  10963
845-386-6700

SO ORDERED on August 1, 2024 in Houston, Texas.

Charles R. Eskridge
UNITED STATES DISTRICT JUDGE